■ In the Matter of WILLIAM GOFFEN, a Suspended Attorney. —Motion for reinstatement as an attorney and counselor-at-law in the State of New York denied. Concur—Sandler, J. P., Asch, Kassal, Rosenberger and Ellerin, JJ.